**Order entered December 1, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01414-CV

### IN RE TERRENCE M. GORE, Relator

**Original Proceeding from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-12707-U**

## ORDER
Before Justice Francis, Myers and Schenck

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **ORDER** relator to bear the costs of this original proceeding.

/s/    LANA MYERS
       JUSTICE